| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Otero, Samuel J | U.S. District Court | 5/5/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. District Judge, Active | 5. ReportType (check appropriate type) <br><br> ○ Nomination, Date <br> ○ Initial　　◉ Annual　　○ Final | 6. Reporting Period <br><br> 1/1/2004 <br> to <br> 12/31/2004 |

| 7. Chambers or Office Address <br><br> United States District Court <br> 312 North Spring Street <br> Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director - resigned 02-04 | Salesian Boys and Girls Club and Salesian Family Youth Center |
| 2. | | |
| 3. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | California Judges Retirement Plan; Pension Upon Retirement, Age 63 |
| 2. | 1988 | Los Angeles Employees Retirement Plan; Pension Upon Retirement, Age 55 |

RECEIVED 2005 MAY 12 A 11: 23 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J | 5/5/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Los Angeles Unified School District |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Lenny Tervera (friend) | baseball tickets | $480 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Student Loan | J |
| 2. | Stanford University | Student Loan | K |
| 3. | Sallie Mae | Student Loan | K |
| 4. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | If not exempt from disclosure | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Franklin California Tax Free Income Fund | A | Dividend | K | T | None | | | | |
| 2. Galliard Stable Value (LA Def. Comp. Wash. Mutual Liquid) | A | Interest | | | redemption | 01/23 | K | | |
| 3. F.I. Roth Retirement Account F.I. Cash Management Fund A | B | Dividend | | | redemption | 01/05 | K | | |
| 4. First Investors Investment Grade Fund A | A | Dividend | K | T | None | | | | |
| 5. First Investors Fund for Income | B | Dividend | K | T | None | | | | |
| 6. First Investors Blue Chip Fund A | | None | L | T | None | | | | |
| 7. First Investors Government Fund | B | Dividend | K | T | None | | | | |
| 8. Oppenheimer Discovery Fund | B | Dividend | J | T | None | | | | |
| 9. Oppenheimer Equity Fund | B | Dividend | J | T | None | | | | |
| 10. Aviva Life Insurance Strategy Select | A | Dividend | K | T | None | | | | |
| 11. Great American Life Insurance | A | Interest | J | T | None | | | | |
| 12. Government Securities Investment Fund X TSP | | | | | | | | | |
| 13. Common Stock Index Investment Fund X TSP | | | | | | | | | |
| 14. Small Cap. Index X TSP | | | | | | | | | |
| 15. United States Savings Bond | A | Interest | J | T | None | | | | |
| 16. Washington Mutual Bank Joint Accounts | A | Interest | J | T | None | | | | |
| 17. L.A. Federal Credit Union Joint Accounts | A | Interest | J | T | None | | | | |
| 18. | | | | | | | | | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
(See Columns B1 and D4)       F = $50,001-$100,000       G = $100,001-$1,000,000       H1 = $1,000,001-$5,000,000       H2 = More than $5,000,000
2. Value Codes:       J = $15,000 or less       K = $15,001-$50,000       L = $50,001-$100,000       M = $100,001-$250,000
(See Columns C1 and D3)       N = $250,000-$500,000       O = $500,001-$1,000,000       P1 = $1,000,001-$5,000,000       P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000       P4 = More than $50,000,000
3. Value Method Codes:       Q = Appraisal       R = Cost (Real Estate Only)       S = Assessment       T = Cash/Market
(See Column C2)       U = Book Value       V = Other       W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Otero, Samuel J | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. | | | | | | | | | |
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |

1. Income/Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes     J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                           P3 = $25,000,001-$50,000,000                    P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)   S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1. Washington Mutual Investors Fund and Income Fund of America listed in Part VII on page 1 of my 2003 Report were not reported in Part VII page 1 of my 2004 Report. These funds were redeemed prior to the 2003 reporting period and should not have been included in the 2003 Report.

2. Items 5 through 10 reported in Part VII page 1 of my 2003 Report were not reported in my 2004 Report. These funds were rolled over on 08-11-03 into the First Investors Funds.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Otero, Samuel J | 5/5/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _____ 5/5/05 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544